# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,      ) | |
|           ) | **PRETRIAL STATUS CONFERENCE** |
|     Plaintiff,    ) | |
|           ) | |
| vs.       ) | |
|           ) | Case No. 1:24-cr-158 |
| Toney Teonte Winston,      ) | |
|           ) | |
|     Defendant.    ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on August 20, 2025, at 9:30 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2025.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court