# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Toney Teonte Winston, | ) | Case No. 1:24-cr-158 |
| | ) | |
| Defendant. | ) | |

Following a detention hearing on October 2, 2024, finding that Defendant had not presented sufficient evidence to rebut the presumption of detention and that the 18 U.S.C. § 3142(g) factors otherwise weighed in favor of detention, the court issued an order detaining Defendant pending trial. (Doc. No. 18).

On August 27, 2025, Defendant filed a Motion to Amend Detention Order. (Doc. No. 36). Stressing that he has now been in federal custody for almost eleven months and also spent time in state custody on the original state charges, he requests that the court amend its detention order to place his name on the waiting list for a residential reentry placement.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 36) and adds Defendant to the waiting list for a residential reentry placement.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court